IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW H. HILGAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01076-STA-jay |
| | ) | |
| CARROLL COUNTY, TENNESSEE; | ) | |
| SHERIFF ANDY DICKSON, *individually*; | ) | |
| UNKNOWN DEPUTIES, *individually*; | ) | |
| and UNKNOWN MEDICAL | ) | |
| PROVIDERS, *individually*. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Undersigned counsel, Nathan D. Tilly, makes an appearance for Defendant, Carroll County, Tennessee, ("Defendant"), without waiving any and all defenses available to this Defendant.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By:   s/Nathan D. Tilly
Nathan D. Tilly (#31318)
*Attorney for Defendant Carroll County, Tennessee*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgtfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document (Notice of Appearance) was served via US District Court ECF system upon:

D. Wes Sullenger
Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY  42003

on or before the filing date thereof.

DATE:  This the 31st day of May, 2023.

By:   s/Nathan D. Tilly
Nathan D. Tilly